ORIGINAL

Approved: _____
JANE CHONG
Assistant United States Attorney

Before:     THE HONORABLE JAMES L. COTT
            United States Magistrate Judge
            Southern District of New York

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :     21 Mag. **6828**
                                  :
           - v. -                 :     RULE 5(c)(3)
                                  :     AFFIDAVIT
SHERRIFF COOPER,                  :
              Defendant.          :
                                  :
                                  :

- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss:

       KELLY MAGUIRE, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

       On or about June 10, 2021, the United States District Court for the District of Massachusetts issued a warrant for the arrest of "Sherriff Cooper," based on an indictment charging "Sherriff Cooper" with one count of violating 18 U.S.C. § 1591(a)(1), (b)(1), and (b)(2) (sex trafficking of a minor and by force, fraud and coercion); one count of violating 18 U.S.C. § 2423(a) (transportation of a minor with intent to engage in criminal sexual activity); and one count of violating 18 U.S.C. § 1589(a) (forced labor). A copy of the arrest warrant and the indictment are attached as Exhibit A hereto and incorporated by reference herein.

       I believe that SHERRIFF COOPER, the defendant, who was arrested on July 8, 2021, in the Southern District of New York, is the same person as the "Sherriff Cooper" who is wanted by the United States District Court for the District of Massachusetts.

       The bases for my knowledge and for the foregoing charge are, in part, as follows:

       1.  I am a Special Agent for the FBI. I have been personally involved in determining whether SHERRIFF COOPER, the

defendant, is the same individual as the "Sherriff Cooper" named in the June 10, 2021 arrest warrant from the United States District Court for the District of Massachusetts. Because this affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my review of documents from proceedings in the United States District Court for the District of Massachusetts, I know that, on or about June 10, 2021, the United States District Court for the District of Massachusetts issued a warrant for the arrest of "Sherriff Cooper" (the "Arrest Warrant"). The Arrest Warrant was based on an indictment (the "Indictment") charging "Sherriff Cooper" with one count of violating 18 U.S.C. § 1591(a)(1), (b)(1) and(b)(2) (sex trafficking of a minor and by force, fraud and coercion); one count of violating 18 U.S.C. § 2423(a) (transportation of a minor with intent to engage in criminal sexual activity); and one count of violating 18 U.S.C. § 1589(a) (forced labor). The Indictment was issued in connection with case number 21 Cr. 10184 in the District of Massachusetts.

3. On or about July 8, 2021, at approximately 8:35 a.m., I arrested SHERRIFF COOPER, the defendant, at an apartment in New York, New York. When asked if his name is "Sherriff Cooper," COOPER affirmed that was his name. COOPER also had in his possession an identification card issued by the state of Georgia bearing the name "Sherriff Cooper," and the same birth date as the "Sherriff Cooper" sought in the Arrest Warrant.

4. During the course of my investigation, using law enforcement databases, I have reviewed photographs of the "Sherriff Cooper" sought in the Arrest Warrant, which show, among other things, a tattoo of a star on his cheek. The appearance of SHERRIFF COOPER, the defendant, matches the appearance of the "Sherriff Cooper" I have viewed in photographs.

5. Based on the fact that SHERRIFF COOPER, the defendant, self-identified as "Sherriff Cooper"; possessed an identification bearing the name and birth date of "Sherriff Cooper"; and that COOPER's appearance matched the appearance of the person sought in the Arrest Warrant, I believe that COOPER is the "Sherriff Cooper" sought in the Arrest Warrant.

WHEREFORE, I respectfully request that SHERRIFF COOPER, the defendant, be imprisoned or bailed as the case may be.

_____
KELLY MAGUIRE
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to me ~~through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1~~ this,

8th day of July, 2021

_____
THE HONORABLE JAMES L. COTT
United States Magistrate Judge
Southern District of New York

Exhibit A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| SHERRIFF COOPER, | ) Case No. 21cr10184 |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **SHERRIFF COOPER**                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1591(a)(1), (b)(1) and (b)(2): Sex Trafficking of a Minor and by Force, Fraud, and Coercion
18 U.S.C. § 2423(a): Transportation of a Minor with Intent to Engage in Criminal Sexual Activity
18 U.S.C. § 1589(a): Forced Labor

Date: 6/10/2021

City and state: Boston, MA

*Issuing officer's signature*

Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHERRIFF COOPER,<br><br>Defendant | Criminal No.  21cr10184<br><br>Violations:<br><br>Count One: Sex Trafficking of a Minor and by Force, Fraud, and Coercion<br>(18 U.S.C. §§ 1591(a)(1), (b)(1) and (b)(2))<br><br>Count Two: Transportation of a Minor with Intent to Engage in Criminal Sexual Activity<br>(18 U.S.C. § 2423(a))<br><br>Count Three: Forced Labor<br>(18 U.S.C. § 1589(a))<br><br>Sex Trafficking and Forced Labor Forfeiture Allegation:<br>(18 U.S.C. § 1594(d) and 28 U.S.C. § 2461(c))<br><br>Transportation Forfeiture Allegation:<br>(18 U.S.C. §§ 981(a)(1)(C), 2428(a) and 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Sex Trafficking of a Minor and by Force, Fraud, and Coercion
(18 U.S.C. §§ 1591(a)(1), (b)(1) and (b)(2))

The Grand Jury charges:

From in or about February 2018 and continuing through in or about September 2018, in the District of Massachusetts, the Southern District of New York, and elsewhere, the defendant,

SHERRIFF COOPER,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit by any means Minor A, a person known to the Grand Jury, knowing and in reckless disregard of the fact that means of force, threats of force,

fraud, coercion, and any combination of such means, would be used to cause Minor A to engage in a commercial sex act, and knowing and in reckless disregard of the fact that Minor A had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and (b)(2).

## COUNT TWO
### Transportation of a Minor with Intent to Engage in Criminal Sexual Activity
### (18 U.S.C. § 2423(a))

The Grand Jury further charges:

On or about April 30, 2018, in the District of Massachusetts, the Southern District of New York, and elsewhere, the defendant,

### SHERRIFF COOPER,

did knowingly transport Minor A, an individual known to the Grand Jury who had not attained the age of 18 years, in interstate commerce, that is, between Massachusetts and New York, with the intent that Minor A engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT THREE:
Forced Labor
(18 U.S.C. § 1589(a))

The Grand Jury further charges:

From in or about April 2018 and continuing through in or about April 2019, in the District of Massachusetts, the Southern District of New York, and elsewhere, the defendant,

### SHERRIFF COOPER,

did knowingly provide and obtain the labor and services of Minor A, a person known to the Grand Jury, by means of force, threats of force, physical restraint, and threats of physical restraint to Minor A, by means of serious harm and threats of serious harm to Minor A, by means of the abuse and threatened abuse of law and legal process, and by means of a scheme, plan, and pattern intended to cause Minor A to believe that, if Minor A did not perform such labor and services, Minor A would suffer serious harm and physical restraint, and any combination of such means.

All in violation of Title 18, United States Code, Section 1589(a).

## SEX TRAFFICKING AND FORCED LABOR FORFEITURE ALLEGATION
(18 U.S.C. § 1594(d) and 28 U.S.C. § 2461(c))

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 1589 and 1591, set forth in Counts One and Three, the defendant,

SHERRIFF COOPER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), and Title 28 United States Code, Section 2461(c): (1) the defendant's interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such offenses, and any property traceable to such property; and (2) any property, real or personal, which constitutes or is derived from any proceeds the defendant obtained, directly or indirectly, as a result of such offenses, and any property traceable to such property.

2. If any of the property described in paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 1594(d) and Title 28 United States Code, Section 2461(c), as a result of any act or omission of the defendant –

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 1594(d), and Title 28, United States Code, Section 2461(c).

## TRANSPORTATION FOR PROSTITUTION FORFEITURE ALLEGATION
(18 U.S.C. §§ 981(a)(1)(C), 2428(a) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2423, set forth in Count Two, the defendant,

SHERRIFF COOPER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), and Title 28 United States Code, Section 2461(c), the defendant's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense; and, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2428(a), and Title 28 United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from any proceeds the defendant obtained, directly or indirectly, as a result of such offense.

2. If any of the property described in paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2428(a), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant –

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of this Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2428(a), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

STEPHEN HASSINK
LAUREN GRABER
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: June  10  , 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo

DEPUTY CLERK
at 11:36 AM

8